Louis Vetault, Respondent, *v.* Anne Kennedy, Appellant.

Reported below, 178 App. Div. 228.

(Submitted February 25, 1918; decided March 5, 1918.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 25, 1917, modifying and affirming as modified a judgment in favor of plaintiff.

The motion was made upon the ground that the judgment appealed from was not legally docketed.

*Harry G. Stephens* for motion.

*John Thomas Smith* opposed.

Motion denied, with ten dollars costs.

---

John Ferguson, Jr., Appellant, *v.* R. H. Sellers Company, Respondent.

*Ferguson v. Sellers Co.*, 160 App. Div. 876, appeal dismissed.

(Submitted February 25, 1918; decided March 5, 1918.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1913, affirming a judgment in favor of plaintiff, entered upon a verdict directed by the court.

The motion was made upon the ground that the action was one for services and that permission to appeal had not been obtained.

*John B. Pruyn* for motion.

*Albert Stickney* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.